**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**GABRIEL VAUPELL**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | |
|---|---|
| **GABRIEL VAUPELL** | No.  2:13-CV-00074-KJN |
| Plaintiff, | |
| v. | *EX PARTE* **MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND** ~~**PROPOSED**~~ **ORDER** |
| Carolyn Colvin, ,  ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   The undersigned makes a second request for extension of time to file plaintiff's motion for summary judgment in this case. The reasons why this motion cannot quickly be handled were set forth in plaintiff's first request for extension of time.

   The undersigned apologizes to the Court for this second request and requests only one week, to September 30, 2013. The reasons for this request are a confluence of personal problems, including the disappearance of the undersigned's wallet, something that required the better part of a day to address (mainly in the form of waiting at the DMV), and some problems downloading and printing out the nearly 1700-page transcript in this case, including by having it time out on the computer after accessing it and leaving it for an assistant to print out. (It may be noted that the undersigned is already paying a substantial informal sanction in the form of 10 cents per page, essentially in

connection with this request.)

DATED: September 23, 2013                    /s/  Jesse S. Kaplan

JESSE S. KAPLAN
Attorney for Plaintiff
GABRIEL VAUPELL

### ORDER

GOOD CAUSE APPEARING from the foregoing, plaintiff's motion for extension of time is GRANTED; plaintiff' motion for summary judgment is due September 30, 2013.  Defendant's cross-motion is due October 30, 2013.  Further extensions will not be permitted absent a showing of extraordinary circumstances warranting them.

DATED:  September 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE