1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone: (415) 977-8975
      Facsimile: (415) 744-0134
7     E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GABRIEL VAUPELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:13-CV-00074-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in

appropriations.  For instance, because of the lapse in appropriations combined with existing deadlines, counsel for Defendant currently has five summary judgment motions due this week and three summary judgment motions due next week.  The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible.  As such, the Acting Commissioner requests a 30-day extension of time for filing the Commissioner's Motion for Summary Judgment.  Plaintiff's counsel does not oppose this request.

Respectfully submitted,

Dated:  October 28, 2013     By:   */s/ Jesse S. Kaplan*
(via e-mail authorization)
JESSE S. KAPLAN
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Dated:  October 28, 2013     By:    */s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney
Attorneys for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: October 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. and ~~Prop~~ Order for First Extension of Time
2:13-CV-00074-KJN                              2